USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YOVANNY DOMINGUEZ, *individually
and on behalf of all other persons similarly
situated,*

Plaintiff,

v.

HARD ROCK CAFÉ INTERNATIONAL
(USA), INC.,

Defendant.

---

19-CV-10169 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 6, 2019, Plaintiff filed an affidavit of service stating that Defendant was served on November 20, 2019. Defendant's answer was due on December 11, 2019. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by December 30, 2019. If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by January 13, 2020.

Plaintiff shall serve a copy of this Order on Defendant and file proof of such service on the docket.

SO ORDERED.

Dated:   December 16, 2019
         New York, New York

Ronnie Abrams
United States District Judge