

**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW
*Jennifer E. Sherven, Esq.*
JSherven@kdvlaw.com

MEMO ENDORSED

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

February 27, 2020

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/20

**VIA ECF**
District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Yovanny Dominguez v. Hard Rock Café International (USA), Inc.**
    **Index No.: 19-cv-10169 (RA)**

Dear Judge Abrams:

This firm represents the defendant, Hard Rock Café International (USA), Inc., ("Defendant") in the above-referenced matter.

I write, with the consent of Plaintiff's counsel, to request an adjournment of the initial conference, which is currently scheduled for Friday, March 6, 2020. The deadline for Defendant to submit a response to the Complaint is March 24, 2020. As such, the Parties respectfully request that the Initial Conference be adjourned to a date that is most convenient for the Court after the submission of the response.

This is Defendant's first request for an adjournment of the Initial Conference.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Jennifer E. Sherven

Cc: All Counsel of Record (*via* ECF)

4820-6520-0566, v. 1

Application granted. The initial conference is hereby adjourned to April 10, 2020 at 4 PM. The parties shall submit their joint letter and proposed case management plan described in the Court's November 6, 2019 Order no later than April 3, 2020.

SO ORDERED.

Hon. Ronnie Abrams
2/27/2020

New York | New Jersey | Pennsylvania | Florida | Illinois | California